JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA DEFINED CONTRIBUTION TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA SUPPLEMENTAL UNEMPLOYMENT BENEFIT TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, TRUSTEES OF SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL NECA-IBEW LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND, CONTRACT COMPLIANCE FUND, and LOS ANGELES ELECTRICAL WORKERS CREDIT UNION,

Plaintiffs,
v.

DUTCHMAN ELECTRIC, INC., a California corporation,

Defendant.

Case No. 8:19-CV-01128-DOC-JDE

Assigned to the Honorable David O. Carter

**JUDGMENT**

1386411

1
**JUDGMENT**

This action having been commenced on June 6, 2019, and the Court having granted the *ex parte* application filed by Plaintiffs Trustees of the Southern California IBEW-NECA Pension Plan, et al., to reopen the case and enter judgment pursuant to stipulation, and having approved the stipulation for entry of judgment in favor of Plaintiffs and against Defendant and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

Plaintiffs, Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Defined Contribution Trust Fund, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Southern California IBEW-NECA Supplemental Unemployment Benefit Trust Fund, Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee, Trustees of the National NECA-IBEW Labor-Management Cooperation Committee Trust Fund, Trustees of the National Electrical Benefit Fund, Contract Compliance Fund, and Los Angeles Electrical Workers Credit Union, shall recover from Defendant, Dutchman Electric, Inc., a California corporation, the principal amount of $24,318.17, plus pre-judgment and post-judgment interest thereon at the rate of 8% per annum from August 15, 2019, until paid in full.

Dated: September 19, 2019

*/s/ David O. Carter*
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT COURT JUDGE